BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>EZEQUIEL MADRID CATALAN,<br><br>                    Defendant. | CASE NO. 1:03-CR-05364 LJO<br><br>STIPULATION REFERRING MOTION FOR APPOINTMENT OF COUNSEL TO ASSIST IN SENTENCE REDUCTION TO FEDERAL DEFENDER'S OFFICE AND PROBATION OFFICE AND ORDER THEREON |

   The Court is in receipt of a motion for appointment of counsel to assist with a motion to reduce a criminal sentence pursuant to Title 18, United States Code, Section 3582(c)(2).  The Court refers this motion to the Probation Office (Probation Officers Brian Bedrosian) and the Office of the Federal Defender and Assistant Federal Defender David M. Porter, pursuant to General Order No. 546.  The Federal Defender's Office shall have 60 days from the date the Court approves the stipulation/order to conduct an initial review of the motion to determine the status of representation of the defendant.

   1.     If Federal Defender's Office determines that the defendant is eligible for representation and agrees to represent the defendant, a representative of the Federal Defender's Office shall file a notice of appearance in the case.  If the matter has been referred to panel counsel for this determination, a copy of this order shall be forwarded by the Federal Defender's Office to appointed panel counsel who shall then file a notice of appearance in the case if a motion is found to be meritorious.

///

2. If it is determined that appointment of counsel is not recommended, a notice of such shall be filed within the applicable period.

Dated: May 11, 2015   BENJAMIN B. WAGNER
United States Attorney

/s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant United States Attorney

Dated: May 11, 2015   HEATHER E. WILLIAMS
Federal Defender

/s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender
Attorney for Defendant

**IT IS SO ORDERED**
**Dated: May 12, 2015**

**/s/ Lawrence J. O'Neill**
**United States District Judge**