HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
EZEQUIEL MADRID CATALAN


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  Cr. F 03-5364 LJO |
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| EZEQUIEL MADRID CATALAN, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | Judge:  Honorable Lawrence J. O'Neill |

Defendant, EZEQUIEL MADRID CATALAN, by and through his attorney, Assistant

Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and

through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of

imprisonment in the case of a defendant who has been sentenced to a term of imprisonment

based on a sentencing range that has subsequently been lowered by the Sentencing Commission

pursuant to 28 U.S.C. § 994(o);

2.      On April 18, 2005, this Court sentenced Mr. Catalan to a term of 210 months

imprisonment;

3.      His total offense level was 37, his criminal history category was I, and the

resulting guideline range was 210 to 262 months;

4.      The sentencing range applicable to Mr. Catalan was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.      Mr. Catalan's total offense level has been reduced from 37 to 35, and his amended guideline range is 168 to 210 months;

6.      Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Catalan's term of imprisonment to a term of 168 months.

Respectfully submitted,

Dated:  June 11, 2015                            Dated:   June 11, 2015

BENJAMIN B. WAGNER                    HEATHER E. WILLIAMS
United States Attorney                       Federal Defender


/s/ Kathleen A. Servatius                   /s/ David M. Porter
KATHLEEN A. SERVATIUS            DAVID M. PORTER
Assistant U.S. Attorney                     Assistant Federal Defender

Attorney for Plaintiff                          Attorney for Defendant
UNITED STATES OF AMERICA        EZEQUIEL MADRID CATALAN


## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Catalan is entitled to the benefit Amendment 782, which reduces the total offense level from 37 to 35, resulting in an amended guideline range of 168 to 210 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in April 2005 is reduced to a term of 168 months, effective as of November 1, 2015.   If this sentence is less than the amount of time the defendant has already served as of November 1, 2015, the sentence is reduced to a time served sentence.  In no event is this Order to be understood as authorizing release prior to November 1, 2015 or authorizing a term of imprisonment less than the term actually served on November 1, 2015.

1         IT IS FURTHER ORDERED that all other terms and provisions of the original judgment

2    remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

3    reduction in sentence, and shall serve certified copies of the amended judgment on the United

4    States Bureau of Prisons and the United States Probation Office.

5         Unless otherwise ordered, Mr. Catalan shall report to the United States Probation Office

6    within seventy-two hours after his release.

7    IT IS SO ORDERED.

8       Dated:   **June 12, 2015**                         **/s/ Lawrence J. O'Neill**

9                                           UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28