AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern ___ District of ___ California

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No:   1:03-CR-05364-001 LJO |
| EZEQUIEL MADRID CATALAN | ) |
| | ) USM No:   61472-097 |
| Date of Original Judgment:   04/18/2005 | ) |
| Date of Previous Amended Judgment: | ) |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ☒ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ____ 210 ____ months **is reduced to** ____ 168 months ____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ____ 04/18/2005 ____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: ____ 06/12/2015 ____          /s/ Lawrence J. O'Neill
                                          *Judge's signature*

Effective Date: ____ 11/01/2015 ____          Honorable Lawrence J. O'Neill, District Court Judge